IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:09-cv-10

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>                           Plaintiff,<br><br>       vs.<br><br>YOUA VANG, in her capacity as Administratrix of the Estate of LAO VANG; FONG YANG; "D.Y.," a minor; and "A.Y.," a minor;<br><br>                          Defendants. | **ORDER ALLOWING MOTION TO SEAL** |

       This matter is before the Court on Plaintiff New York Life Insurance Company's Motion to Seal. The Court has reviewed the record in this matter and considered the factors listed in Local Rule 6.1(C) and concludes there is good cause to allow the Motion. It is therefore ordered as follows:

       1.     New York Life's Motion to Seal shall be and hereby is allowed;

       2.     New York Life may submit to the Clerk of Court under seal Summonses to be issued to the minor Defendants in this action;

       3.     New York Life may file any documents concerning service on the minor Defendants, including, but not limited to, proof of service or waiver of service, under seal; and

       4.     The Clerk of Court is directed to keep Summonses directed to the minor Defendants and all documents concerning service on the minor Defendants sealed and confidential until at least December 29, 2024.

**SO ORDERED.**

Signed: February 5, 2009

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

