IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09cv10-RLV-DSC

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>YOUA VANG, in her capacity as<br>Administratrix of the Estate of LAO VANG;<br>FONG YANG; "D.Y.," a minor; and<br>"A.Y.," a minor,<br>Defendants | ORDER |

**THIS MATTER** came before the Court on the Motion for Approval of Attorneys Fees filed by counsel of record for the Defendants, Youa Vang, Administratrix of the Estate of Lao Vang, and "D.Y." and "A.Y.", minors, by their *Guardian Ad Litem*, Khue Vang (hereafter, collectively, "the represented Defendants"); and

**IT APPEARING** that the law firm of Simpson, Kuehnert, Vinay & Jones, P.A. has represented the represented Defendants, and has successfully protected the interest of said Defendants in the original interpleader action, as well as pursuing to judgment by default a crossclaim against the Defendant Fong Yang; and

**IT APPEARING** to the Court:

1. That the Motion was made pursuant to Rule 54 (d)(2) of the Federal Rules of Civil Procedure for the award of attorneys fees and related expenses.

2. That pursuant to Local Rule 17.1(d) of Western District of North Carolina as two of the Defendants, "D.Y." and "A.Y.", are minors, the Court may consider requests for counsel fees and make appropriate orders thereto.

3. That the movant law firm of Simpson, Kuehnert, Vinay & Jones, P.A. has provided valuable legal services to the represented Defendants pursuant to agreement with the Defendants for representation upon an hourly basis.

4. That the movant law firm had billed its time at a rate of $180.00 per hour , which appears to be a reasonable rate for lawyers within this District.

5. That the movant law firm has expended a reasonable amount of time in representation of the Defendants, as appears from the records submitted by the movant law firm.

6. That the movant law firm has incurred reasonable attorneys fees in the amount of $6,174.00, plus reasonable out-of-pocket expenses in the amount of $381.00, in the representation of Defendants in this matter.

**NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED and DECREED**:

1. That the Motion for Approval of Attorneys Fees submitted by the law firm of Simpson, Kuehnert, Vinay & Jones, P.A. be and is hereby Granted;

2. That the Court does hereby approve attorneys fees in the amount of $6,174.00, together with reimbursement of expenses in the amount of $381.00, to the law firm Simpson, Kuehnert, Vinay & Jones, P.A. for that firm's representation of the Defendants Youa Vang, Administratrix of the Estate of Lao Vang, and "D.Y." and "A.Y.", minors, by their *Guardian Ad Litem* Khue Vang; and

3. That said sums are authorized to be deducted from that fund paid into the Court by the Interpleader Plaintiff pursuant to Order of this Court, said sums shall be paid directly to said law firm from such Interpleader funds paid into the Clerk.

**SO ORDERED**.	Signed: April 12, 2010

David S. Cayer
United States Magistrate Judge